O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　v. )<br>RAUN LAUDERDALE, )<br>　　　　　　Defendant. )<br>_____ ) | CASE NO. CR14-574-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On January 14, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 13, 2014. Government counsel, Jeffrey Chemerinsky, the defendant and his appointed DFPD attorneys, Rachel Rossi and David Sutton, were present. The U.S. Probation Officer, Jarrod Kennelly, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on November 13, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 30, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked and reinstated, under the same terms and conditions previously imposed, with the following added conditions:

///

///

1. The defendant shall participate for a period of three (3) months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment;

2. The defendant shall pay the costs of home confinement monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

3. The defendant shall comply with the rules and regulations of the U.S. Probation Office, General Order 05-02, and General Order 01-05, including the three special conditions delineated in General Order 01-05;

4. The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision;

5. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer; and

///
///
///
///

6.     The defendant shall pay the balance of the fine in monthly installments of at least $75.00, during the term of supervised release, which shall commence with thirty (30) days of this order.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:    January 20, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

3