O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                     )<br>              Plaintiff,                    )<br>      v.                                          )<br>                                                     )<br>RAUN LAUDERDALE,                  )<br>                                                     )<br>              Defendant.                )<br>                                                     )<br>_____ ) | CASE NO. CR14-574-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On June 16, 2015 and July 8, 2015, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on May 20, 2015 and June 11, 2015. Government counsel, Jeffrey Chemerinsky, the defendant and his appointed DFPD attorneys, Rachel Rossi, were present. The U.S. Probation Officer, Jarrod Kennelly, was also present.

The defendant admitted allegation nos. 1, 2 and 4, in violation of his supervised release, as stated in the Petitions filed on May 20, 2015 and June 11, 2015. Based on the defendant's admissions, the government moved to dismiss allegation no. 3, as alleged in the petition filed May 20, 2015, which the Court granted. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 30, 2012 and January 14, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked and reinstated, under the same terms and conditions previously imposed, with the following added conditions:

1. The defendant shall reside at a residential re-entry center (RRC), under the community corrections component, for a period not to exceed two (2) months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer. Further, the fees associated with the RRC are hereby waived; and

2. Although defendant is ordered to make monthly payments of at least $75, if he makes a reduced monthly payment of at least $50, those payments shall be deemed sufficient and in compliance his term of supervision.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   July 10, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk