O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-574-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| | ) | SUPERVISED RELEASE AND |
| RAUN LAUDERDALE, | ) | JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On April 13, 2016, June 13, 2016 and October 31, 2016, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on March 3, 2016 and March 22, 2016. Government counsel, Jeffrey Chemerinsky, the defendant and his retained attorney, Edward Robinson, were present. The U.S. Probation Officer, Steven Frydman, was also present.

The defendant admitted allegation nos. 1, 2, 3, 4 and 5 in violation of his supervised release, as stated in the Petitions filed on March 3, 2016 and March 22, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 30, 2012, January 14, 2015 and July 8, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. . The defendant is hereby committed to the custody of the Bureau of Prisons for a term of thirty (30) days, with no supervision to follow.

IT IS FURTHER ORDERED that the defendant surrender himself on or before 12 noon, on January 3, 2017, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     December 5, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK


By: ___/S/_____
       Catherine M. Jeang,  Deputy Clerk

2